IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MYRON FRANKLIN,

    Plaintiff,

                                Case No. 3:21cv798/MCR/EMT

JEFFREY NOUSIAINEN, et al.,

    Defendants.

_____/

## DEFENDANTS' ANSWER, AFFIRMATIVE DEFENSE, AND DEMAND FOR JURY TRIAL

Defendants GENNARO and TWIDDY, hereby answer Plaintiff's Amended Complaint [Doc. 1], as follows:

### STATEMENT OF FACTS

1. Without knowledge.

    (A) Without knowledge.

2. Without knowledge..

    (A) Without knowledge.

    (B) Without knowledge.

    (C) Without knowledge.

    (D) Denied.

7

3. Denied..

   (A) Denied..

   (B) Denied.

4. Without knowledge.

5. Denied.

6. Denied.

7. Denied.

## STATEMENT OF CLAIMS

Denied.

## RELIEF REQUESTED

Denied that Plaintiff is entitled to compensatory, punitive, or nominal damages, or to any relief whatsoever in this cause.

## **AFFIRMATIVE DEFENSE**

At all times material hereto, Defendants acted reasonably within their discretionary authority and in accordance with undisputed existing constitutional, statutory, and case law. Accordingly, Defendants are entitled to qualified immunity

from monetary damage liability herein.

## DEMAND FOR JURY TRIAL

Defendants hereby demand trial by jury of all matters triable as a matter of right by jury.

                    **ASHLEY MOODY**
                    **ATTORNEY GENERAL**

                    /s/ *Joe Belitzky*
                    Joe Belitzky (Fla. Bar No. 217301)
                    Senior Assistant Attorney General
                    Office of the Attorney General
                    The Capitol, PL-01
                    Tallahassee, Florida 32399-1050
                    Telephone: 850-414-3300
                    Joe.Belitzky@myfloridalegal.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 18, 2022, I electronically filed the foregoing with the Clerk of Court using CM/ECF, and that a true and correct copy of the foregoing was served by U. S. Mail on Myron Franklin #L00647, Jackson Correctional Institution, 5563 10th St., Malone, FL 32445.

                    /s/ *Joe Belitzky*
                    Joe Belitzky