Provided to Suwannee Correctional Institution on: JUL 29 2022 for mailing, by: MCF

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

## CIVIL RIGHTS COMPLAINT FORM FOR
## PRO SE PRISONER LITIGANTS IN ACTIONS UNDER
## 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

Myron C. Franklin,

Inmate ID Number: L00647,

*(Write your full name and inmate ID number.)*

v.

Jeffrey housiainen,

Jody Chopp,

Phillip toole,
*SEE Attached

*(Write the full name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

AMENDED COMPLAINT

Case No.: 3:21-cv-798-MCR-ZCB
*(To be filled in by the Clerk's Office)*

**Jury Trial Requested?**
☑ YES ☐ NO

FILED USDC FLND PN
AUG 5 '22 PM1:00 GM

# I. PARTIES TO THIS COMPLAINT

A. Plaintiff

Plaintiff's Name: Myron C. Franklin    ID Number: L00647

List all other names by which you have been known: _____

Current Institution: Suwannee Correctional Institution

Address: 5964 U.S. Hwy 90
Live Oak, Fla. 32060-0000

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *each and every* Defendant:

1. Defendant's Name: Jeffrey Nousiainen

   Official Position: Sergant

   Employed at: Okaloosa Correctional Institution

   Mailing Address: 3189 Colonel Greg Malloy Road
   Crestview, Fla 32539

   ☑ Sued in Individual Capacity   and   ☑ Sued in Official Capacity

2. Defendant's Name: Jody Chopp

   Official Position: Captain

   Employed at: Okaloosa Correctional Institution

   Mailing Address: 3189 Colonel Greg Malloy Road

   Crestview, Fla. 32539

   ☑ Sued in Individual Capacity and ☑ Sued in Official Capacity

3. Defendant's Name: Phillip toole

   Official Position: Officer

   Employed at: Okaloosa Correctional Institution

   Mailing Address: 3189 Colonel Greg Malloy Road

   Crestview, Fla 32534

   *SEE Attached

   ☑ Sued in Individual Capacity and ☑ Sued in Official Capacity

   (*Provide this information for all additional Defendants in this case by attaching additional pages, as needed.*)

## II. BASIS FOR JURISDICTION UNDER 28 U.S.C. § 1331 or § 1346

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)　　☑ State/Local Officials (*§ 1983 case*)

## III. PRISONER STATUS

Indicate your confined status:

☐ Pretrial Detainee　　　　　☐ Civilly Committed Detainee

☑ Convicted State Prisoner　　☐ Convicted Federal Prisoner

☐ Immigration Detainee　　　☐ Other (*explain below*):

_____

_____

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* showing why you are entitled to relief. Describe how *each* Defendant was involved and what each Defendant did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short, numbered paragraphs, limited as far as practicable to a single event or incident. ***Do not make legal arguments, quote cases, cite statutes, or reference a memorandum.*** You may make copies of page 6 if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. Exhibits attached to

the complaint will count as part of your page limitation. Therefore, do not attach irrelevant or unnecessary exhibits. Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.

On June 19th 2018, at Okaloosa C.I. Defendant Emitt Mathews used excessive force against Plaintiff Franklin by punching me in the face with a closed fist knocking me to the ground while my hands were cuffed behind my back I was not being disorderly nor was I being disruptive. Once on the ground he then dropped down on top of me and punched me in the head with a closed fist 4 or 5 times. Defendant Emmitt Mathews' actions violated my rights under the 8th Amendment to the United States Constitution and has now caused me pain, suffering, physical injury and emotional distress. ~~by other officers~~ while I was laying flat on my stomach with my hands cuffed behind my back. Defendant Emmitt Mathews placed both of his hands on the side of my face and started smashing my face into the ground.

On June 19th 2018 at Okaloosa C.I. Defendant Jeffrey Nousiainen did use excessive force on me when I was on the ground he dropped down on top of me while I was in handcuffs with my hands behind my back, he then crossed my feet at the ankles and started pushing my feet down as though he was trying to make my feet touch my back. Once the hand held cam-corder and shackles were brought he then placed the shackles about my feet extremely tight causing damage to both of my ankles. After placing the shackles on me they began escorting me by my left arm and my right arm and walking fast every step I took and the shackles reached their max length they would dig into my ankles. Once Defendant Nousiainen started escorting me he began pushing my left arm violently upwards causing me to have to bend over double at the waist to alleviate some of the pain that he was causing me that contribute to the permanent damage to both of my shoulders. While he was escorting me he then picked me up into the air slamming me on my head and my right shoulder. I was not being disruptive or violating any rules. Defendant Nousiainen's actions violated my rights under the 8th Amendment to the United States Constitution causing me pain, suffering physical injury and emotional distress.

On June 19th 2018 while at Okaloosa C.I. Defendant Twiddy, IAW did use ex-cessive force on me while I was in handcuffs behind my back while I laid flat on my stomach with the other officers on top of me, he then grabbed both of my elbows and started pushing down towards the ground causing the handcuffs to cause me pain because they were cutting into my wrists. While escorting me were I was now handcuffed and shackled Defendant Twiddy then picked me up in the air and slamming me to the ground injuring my right shoulder. While I was →

Down on the ground he then placed his right hand on my right shoulder pressing Down hard and still pushing my arms and hands violently up and forward. Defendant Twiddy's actions violated my right under the 8th amendment of the United States Constitution and has caused me pain, suffering, physical injury and emotional distress.

On June 19th 2018 while at Okaloosa C.I. Defendant Patrick Charles Coultas III while I laid flat on my stomach with my handcuffed behind my back he dropped down on my lower back with his knee and started grinding his knee in a twisting motion, injuring my lower back. From that day forward I have been experiencing pain in my lower back and as of the filing of this Complaint. Defendant Coultas' actions violated my right under the 8th Amendment to the United States Constitution causing me pain, suffering, physical injury and emotional distress.

On June 19th, 2018 while at Okaloosa C.I. Defendant Jody Chopp By witnessing Defendant Nousiainen, Defendant Mathews, Defendant Coultas and Defendant Twiddy Illegal actions and failing to Intervene and order them to ceased their actions they would have stopped. Defendant Chopp failed to report them of their actions, he stood idle and encouraged their actions. Defendant Chopp has Also violated my 8th amendment right to the United States Constitution and has caused me pain, suffering, physical injury and emotional distress.

On June 19th 2018 while I was at Okaloosa C.I. Defendant Joseph Christian Gennaro by witnessing Defendant Nousiainen, Defendant Mathews, Defendant Twiddy and Defendant Coultas Illegal actions and failed to Intervene yet he stood idle and encouraged their actions. Defendant Gennaro Also violated my right under the 8th Amendment to the United States Constitution causing me pain, suffering, physical injury and emotional distress.

On June 19th 2018 while at Okaloosa C.I. Defendant Phillip Toole By witnessing Defendant Nousiainen, Defendant Mathews, Defendant Twiddy and Defendant Coultas Illegal actions and failed to Intervene yet he stood idle and recorded their actions. Defendant Toole Also violated my 8th Amendment right under the United States Constitution causing me pain, suffering, physical injury and emotional distress.

On June 19th 2018 while at Okaloosa C.I. Defendant nurse M. Scott denied me medical treatment right after the use of excessive force by the defendants. Where she can be heard on the video footage from the hand held camcorder asking me did I receive any injuries doing the use of force where I could be heard stating yes ma'am the officers had hurt my shoulders and my wrist.... at this point Defendant nurse M. Scott rudely cut me off stating no, no, no I don't want to hear about that. Where she can be seen not even attempting to treat my injuries. Defendant nurse M. Scott stood approximately 6 to 8 feet away from where I was being held in a painful position by the Defendants (Nousiainen, Twiddy). Because of Defendant nurse M. Scott deliberate indifference I was denied medical treatment and placed in confinement suffering pain from the injuries caused by the defendants. I was not seen by a →

*SEE Attached

## V. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section IV. If more than one Defendant is named, indicate which claim is presented against which Defendant.

Defendants Nousiainen, Mathews, Twiddy, Coultas, Toole, Chopp, Gennaro, Nurse M. Scott and Nurse Davis All violated my 8th Amendment and 14th Amendment of the U.S. Constitution. Where they (Toole, Nousiainen, Mathews, Twiddy, Coultas, Chopp and Gennaro) violated my 8th & 14th Amendments. Defendants (M. Scott & Nurse Davis) violated my 8th & 14th Amendments of the U.S. Constitution.

## VI. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought and explain the basis for the claims.

I compel that "each" previously named defendants Nousiainen, Twiddy, Coultas, Gennaro, Chopp, Toole, Mathews to pay the Plaintiff the following monetary financial sum in accord $100,000 punitive Damages, $150,000 compensatory damages Shall Be awarded for the 8th and 14th Amendment Constitution violation. I compel that Defendants Nurse M. Scott, Nurse Davis pay the plaintiff. Defendant Nurse M. Scott pay the plaintiff the following monetary financial sum in accord $500,000 punitive damages and $750,000 compensatory damages. Defendant Nurse Davis pay the plaintiff the following monetary financial sum in accord $500,000 punitive Damages and $750,000 compensatory damages Both nurses violated my 8th & 14th Amendment of the U.S. Constitutional.

## VII. EXHAUSTION OF ADMINISTRATIVE REMEDIES

The Prison Litigation Reform Act ("PLRA") requires prisoners to exhaust all available administrative remedies (*grievance procedures*) before bringing a case. 42 U.S.C. § 1997e(a). **ATTENTION:** *If you did not exhaust available remedies prior to filing this case, this case may be dismissed.* If the case is dismissed for failure to exhaust or for any reason, you will still be required to pay the full filing fee and the dismissal may count as a "strike" under 28 U.S.C. § 1915(g). Therefore, please consider whether you have fully exhausted your remedies before proceeding with this action. I exhausted all state remedies through the grievance procedures.

## VIII. PRIOR LITIGATION

*This section requires you to identify your prior litigation history. Be advised that failure to disclose all prior state and federal cases—including, but not limited to civil cases, habeas cases, and appeals—may result in the dismissal of this case. You should err on the side of caution if you are uncertain whether a case should be identified.* I did file a Federal habeas corpus in reference to my criminal conviction in 2009 or 2010 in the Southern District of Florida, Miami Division, Judge and case # I can't remember it was dismissed or denied.

**ATTENTION:** *The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while*

*incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).* N/A First time Filing a $1983

A. Have you had any case in federal court, including federal appellate court, dismissed as frivolous, as malicious, for failure to state a claim, or prior to service?

☐ YES  ☑ NO

If "Yes," identify the case number, date of dismissal, and court for each case:

1. Date:_____ Case #:_____

   Court:_____

   Reason:_____

2. Date:_____ Case #:_____

   Court:_____

   Reason:_____

3. Date:_____ Case #:_____

   Court:_____

   Reason:_____

NDFL Pro Se 14 (Revised June 2022) Civil Rights Complaint Prisoner
ClerkAdmin/Official/Forms
9

*(If necessary, list additional cases on an attached page)*

B. Have you filed other lawsuits or appeals in *state or federal court* dealing with the same facts or issue involved in this case?

☐ YES ☑ NO

If "Yes," identify the case number, parties, date filed, result *(if not still pending)*, name of judge, and court for each case *(if more than one)*:

1. Case #:_____ Parties: _____

   Court:_____ Judge: _____

   Date Filed:_____ Dismissal Date *(if not pending)*: _____

   Reason: _____

2. Case #:_____ Parties: _____

   Court:_____ Judge: _____

   Date Filed:_____ Dismissal Date *(if not pending)*: _____

   Reason: _____

*(If necessary, list additional cases on an attached page)*

C. Have you filed any other lawsuit, habeas corpus petition, or appeal in *state or federal court* either challenging your conviction or relating to the conditions of your confinement?.

☑ YES ☐ NO

If "Yes," identify all lawsuits, petitions and appeals:

1. Case #: <u>unk</u>        Parties: <u>me and State of Florida</u>

   Court: <u>unk</u>         Judge: <u>unk</u>

   Date Filed: <u>unk</u>    Dismissal Date (*if not pending*): <u>unk</u>

   Reason: <u>Federal haBeas Corpus pretaining to my criminal conviction.</u>

2. Case #: _____ Parties: _____

   Court: _____ Judge: _____

   Date Filed: _____ Dismissal Date (*if not pending*): _____

   Reason: _____

3. Case #: _____ Parties: _____

   Court: _____ Judge: _____

   Date Filed: _____ Dismissal Date (*if not pending*): _____

   Reason: _____

4. Case #: _____ Parties: _____

   Court: _____ Judge: _____

   Date Filed: _____ Dismissal Date (*if not pending*): _____

   Reason: _____

5. Case #: _____ Parties: _____

   Court: _____ Judge: _____

   Date Filed: _____ Dismissal Date (*if not pending*): _____

   Reason: _____

3. I understand it is my obligation to timely notify the Clerk's Office if there is any change to my mailing address and that my failure to do so may result in a dismissal of the action.

Date: 7/29/22 Plaintiff's Signature: *Myron C. Franklin -L00647*

Printed Name of Plaintiff: Myron C. Franklin

Correctional Institution: Suwannee Correctional Institution

Address: 5964 U.S. Hwy 90

Live Oak, Fla. 32060-0000

**I certify and declare, under penalty of perjury, that this complaint was (*check one*) ☑ delivered to prison officials for mailing or ☐ deposited in the prison's mail system for mailing on the 29th day of July, 2022.**

Signature of Incarcerated Plaintiff: *Myron C. Franklin -L00647*

NDFL Pro Se 14 (Revised June 2022) Civil Rights Complaint Prisoner
ClerkAdmin/Official/Forms

13

# *ATTACHED FROM Page 1

OF Amended Complaint

Defendants, con't

Patrick Charles Coultas

Emmitt Mathews

JOSEPH CHRISTIAN Gennaro

IAN Twiddy

nurse M. Scott / Jane Doe

nurse Davis / Jane Doe

\*ATTACED

# PARTIES TO COMPLAINT Con't
### page 3 of Amended Complaint

⑥ Defendant's NAME: <u>Patrick Charles Coultas III</u>
OFFICIAL POSITION: <u>Sergant</u>
Employed at: <u>Okaloosa Correctional Inst.</u>
MAILING ADDESS: <u>3189 Colonel Grey Malloy Road Crestview Fla 32534</u>

    SUED IN INDIVIdual Capacity
          and
    SUED IN Official Capacity


⑦ DEFENDANT'S NAME: <u>Emmitt Mathews</u>
OFFICIAL POSITION: <u>Officer</u>
Employed AT: <u>Okaloosa Correctional Inst.</u>
MAILING ADDress: <u>3189 Colonel Greg malloy Road Crestview, Fla. 32534</u>

    SUED IN INDIVIdual Capacity
          and
    SUED IN Official Capacity

*ATTACHED

PARTIES TO THIS COMPLAINT, Con't
PAGE 3 OF Amended Complaint

④ DEFENDANT'S NAME: IAN S. TWIDDY
OFFICIAL POSITION: Officer
EMPLOYED AT: OKALOOSA Correctional Inst.
MAILING ADDRESS: 3184 Colonel Greg Malloy Road
Crestview, FLA 32539

SUED IN INDIVIDUAL Capacity
and
SUED IN OFFICIAL Capacity

⑤ DEFENDANT'S NAME: Joseph Christian Gennaro
OFFICIAL POSITION: Sergeant
EMPLOYED AT: OKALOOSA Correctional Inst.
MAILING ADDRESS: 3184 Colonel Greg Malloy Road
Crestview, FLA 32539

SUED IN INDIVIDUAL Capacity
and
SUED IN OFFICIAL Capacity

\* Attached

STATEMENT OF FACTS continued from page 6.
of the Amended Complaint.

Doctor Close to 3 months after the excessive use of Force were I was Finally Saw by James Collins. Defendant nurse M. Scott violated my 8th Amendment right under the U.S. Constitution causing me pain, suffering and emotional Distress by exhibiting deliberate Indifference.

On June 29th 2018 while at Okaloosa C.I. Defendant nurse DAVIS Falsified my medical records and would not Document all of my Injuries caused by the defendants after the excessive use of Force were I Kept telling her where I was Injuried. She kept telling me that the Injuries were not enough to document where I have the proof in my medical records that she committed this act. However the only reason why the Injuries were not fresh was Because it was 10 days After the Incident. But the damage to my Shoulders and Ankles were still visibly swollen. these are the Same Injuries that Defendant nurse M. Scott Failed to treat on June 19th 2018. Defendant nurse DAVIS violated my 8th Amendment right under U.S. Constitution causing me Pain, suffering and emotional Distress by exhibiting deliberate Indifference.

1

Myron C. Franklin-L00647
Suwannee ~~Magnolia~~ Correctional Institution
5964 U.S. Hwy 90
Live oak, Fla. 32060

Mailed From State Correctional Institution Suwanee C.I.

RECEIVED AUG 2022

LEGAL MAIL

United States District Court
1 North PALAFox street
PensAcola, FlA 32502

