UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MYRON FRANKLIN,
    Plaintiff,

vs.                                         Case No.:  3:21cv798/MCR/ZCB

SGT JEFFREY NOUSIAINEN,
    Defendant.
_____/

**ORDER**

The magistrate judge issued a Report and Recommendation on January 5, 2023. (Doc. 72). The Court furnished the parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 72) is adopted and incorporated by reference in this order.

2. The Motion for Summary Judgment (Doc. 50) filed by Defendants Nousiainen, Twiddy, Chopp, and Gennaro is **DENIED**.

3. This case is recommitted to the magistrate judge for further proceedings.

**DONE AND ORDERED** this <u>17th</u> day of March 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**