UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MYRON FRANKLIN,
    Plaintiff,

vs.                               Case No.:  3:21cv00798/MCR/ZCB

JEFFREY NOUSIAINEN, et al.,
    Defendants.
_____/

## ORDER SETTING SETTLEMENT CONFERENCE

The Court finds it appropriate to set this matter for a settlement conference.  The conference will be held before the undersigned on **March 21, 2024 at 10:00 a.m. central time** in Courtroom 3 South, United States District Courthouse, 1 North Palafox Street, Pensacola, Florida.  The conference will conclude **no later than** the close of business on March 21, 2024.

**Required participants.**  The settlement conference will take place **in person.**  The Court will secure the attendance of the unrepresented Plaintiff by writ. Counsel for Defendants shall appear in person, as must the *pro se* Plaintiff.[1]  The individual Defendants may,

---

[1] Failure to comply with the attendance provisions of this order may result in an award of costs and attorney's fees incurred by the other

1

but are not required to, personally attend.  The FDOC's risk manager may appear via Zoom or other video conference platform.

**Mandatory Negotiation Prior to the Settlement Conference.** Settlement conferences often are unproductive unless the parties have exchanged demands and offers before the conference and made a serious effort to settle the case on their own.  Therefore, **before the settlement conference, the parties shall negotiate and make a good-faith effort to settle the case without the involvement of the Court.**  At a minimum, specific proposals and counterproposals shall be exchanged before the conference, even if such proposals were exchanged previously.

**Communication with the Court if Settlement is Reached.** If the parties should arrive at a settlement before the settlement conference, the parties shall immediately communicate this to the Court by filing a joint notice of settlement.  The Court would then cancel the settlement conference.

**Confidential Settlement Statements.  On or before March 14, 2024,** each party shall submit (not file) a confidential settlement

---

parties in connection with the conference or the imposition of other appropriate sanctions.

statement. Plaintiff and Defendants shall independently submit their respective confidential settlement statements via email to Lauren_Scribner@flnd.uscourts.gov.[2] The parties **SHALL NOT** file the confidential settlement statements with the Clerk of Court or serve them upon the opposing party or counsel; the statements will not become a part of the file of this case and will be for the exclusive use of the undersigned in preparing for and conducting the conference.

**Contents of the Confidential Settlement Statements.** Each confidential settlement statement shall contain:

(1) a brief description of all remaining claims and the applicable law and defenses;

(2) a concise recitation of the facts and evidence the party expects to present at trial, including evidence that supports any claim for damages;

---

[2] If the incarcerated Plaintiff is unable to send his confidential settlement statement via email, he must **mail** it via U.S. Mail directly to: **Magistrate Judge Zachary Bolitho's Chambers, Attn: Lauren Scribner, One North Palafox Street, Pensacola, Florida 32502**. Plaintiff must mail his confidential settlement statement in enough time that it is received before the March 14, 2024 deadline.

3

(3) a brief description of the relief that may be afforded to the prevailing party at trial (i.e., the nature and extent of damages, entitlement to attorney's fees);

(4) an estimate of attorney's fees and costs of litigation to date and through trial;

(5) an outline of settlement negotiations to date, including the most recent proposals and counterproposals (any inconsistencies between the parties' outlines in this regard will be settled in open court at the commencement of the conference; thus, the parties may wish to confer with each other before submitting their outlines to ensure that the outlines are the same with respect to prior settlement negotiations); and

(6) a statement regarding whether any settlement terms are believed to be "nonnegotiable" and, if so, a description of those terms.

The confidential settlement statements should not be lengthy, but they should contain enough information to be useful to the undersigned in analyzing the factual and legal issues in the case.

**Confidentiality of the Settlement Conference.** The settlement conference will be conducted in such a manner as not to prejudice any party in the event settlement is not reached. To that end, all matters communicated to the Court in confidence before or during the conference will be kept confidential and will not be disclosed to any other party (without consent) or to the assigned trial judge.

**Structure of the Settlement Conference.** At the conference, the Court will briefly address the parties jointly in open court. Thereafter, separate, confidential caucuses will be held with each party and the party's representative(s). The conference will end when settlement is reached or when the Court concludes that further negotiation would be unlikely to result in settlement.

The parties should anticipate that the Court may offer its opinion on the respective strengths of the parties' positions and potential outcomes and may even recommend a settlement. None of the Court's opinions or recommendations will be made known to the trial judge or to the finder of fact, and of course a recommendation to the parties is intended as only that. The Court expects full and frank discussion directed toward the resolution of the case. Particularly, the Court will

not be impressed by legal posturing that is better reserved for clients and juries.

**Memorialization of any Settlement Agreement.** If settlement is reached, the Court will either activate a recording device so that the parties may place the terms of their settlement on the record or it will ask the parties to memorialize the terms of the agreement in writing. If the Court requests a written agreement, the undersigned will retain the written agreement in his chambers. Thereafter, the undersigned will file a Settlement Conference Report, which will indicate the result of the settlement conference.

**SO ORDERED** this 19th day of January 2024.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge