IN THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF FLORIDA

Myron C. Franklin
Plaintiff

Case No: 3:21cv798/MCR/ZCB

vs

Jeffrey Doussainen (et al)
Defendants

## MOTION INFORMING COURT OF MISSING FILE OUT OF CASE, UPON RELEASE FROM CONFINEMENT.

Comes now I, Myron C. Franklin, the plaintiff advises this honorable court that the staff here at Jackson has now taken my Trial by Judge or Jury Form that this honorable court had instructed me to submit with this court, the staff members are clearly out to derail my lawsuit now that I got an settlement conference coming up. So my case file is dwindling down, I only want to note their actions with this honorable court for future litigation.

SEE: Attached Exhibit "A" & "B"
For description of case file.

Myron C. Franklin
Jackson Correctional
5564 10th street
Malone, Fla 32445

PROVIDED TO JACKSON C.I. ON FEB 0 0 2024 MCR FOR MAILING RM

FILED USDC FLND PN
FEB 12 '24 AM 11:19

Myron C. Franklin-L00647
Jackson Correctional Institution
5563 10th Street
Malone Fla 32445

"ExhbT A"

Clerk of Court
Northern District of Florida
1 North Palafox Street
Pensacola, Fla 32502

"Exh B T B"

PROVIDED TO
JACKSON C.I. ON MF
FEB 0 0 2024
FOR MAILING RM

Derk Clerk,  2/6/24

I need another constent to trial by Judge or Jury Form and another copy of the local Rules of Court for this District, Because staff members here are Destroying my Civil Case File. Please forward me copies of the 2 above-mentioned forms.

Sincerly

I Have enclosed a self Address Envolope Inside for return Rules of local Court.

RCV'D USDC FLND PN
FEB 12 '24 AM 11:18

Myron C. Franklin - L00647
Jackson Correctional Institution
5563 10th Street
Malone, Fla 32445

Mailed from a State Correctional Institution

PENSACOLA FL 325
9 FEB 2024 PM 2

US POSTAGE IMI PITNEY BOWES
ZIP 32445 $000.64
02 4W
0000380860 FEB. 08. 2024

FEB 12 2024

Clerk of Court
Northern District of
Florida
1 North Palafox Street
Pensacola, Fla 32502

32502-565850