IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF FLORIDA

PENSACOLA DIVISION

PROVIDED TO
JACKSON C.I. ON

FEB 15 2024   SF
FOR MAILING   MCF

Myron C. Franklin /
Plaintiff

Case no: 3:21cv798/mCR/ZCB

VS.

Jeffrey Noujiainen et all/
Defendants

PLAINTIFF'S WITNESS
LIST

Comes Now, I, the Plaintiff, myron C. Franklin
pursuant to this Honorable Court's order (Document/o)
which did Instruct me to file said witness list in
regards to the Settlement Conference Scheduled for mar
-ch 21st, 2024 and said witness list is asFollowed:

FILED USDC FLND PN
FEB 20 '24 AM 11:12

1

James Z. Collins- Can testify to the X-rays he took of my
Shoulders and to the extent of the Damage that was done
By the defendants and as to the prescribing of the pain
medication.

Position: radiologist

length of testimony: approx: 1 hour

address: 13773 ICOT Blvd, Clearwater, Fla 33760

Dorothy M. Green — talked to the warden micheal Booker
who told her he saw what the Defendants had did to me
over the computer only to turn around and side with the
"lighting strike lie," and she also talked to someone in cen-
-tral office about the incident and they told her they
would get in touch with the warden at okaloosa C.I.

Pisition: Family of Plaintiff

length of testimony: 45 minutes

Address: 109 NW 13th Ave Apt#A, Dania, Fla 33004

milton wilcox G02401- Can testify to the condition I
was int ~Just 24 hours after the incident~ and who wrote a unsworn letter as to my inj-
-uries while they were still fresh.

Position: Inmate of FDOC

length of testimony: 55 mins.

Address: Florida Department of Corrections

2

R. ADAMS/John DOE - First official to claimed that due to a "lighting Strike" the fixed wing cameras were not working at the time of the incident

Position: Sergant/FDOC

length of Testimony: 1 hour 15 mins.

Address: Okaloosa C.I. 3189 Colonel Greg Malloy RD, Crestview Fla 32539

C. Courtney/John Doe - Can testify as to why he so readily agreed to the cameras not working at the time of the incident due to a "lighting Strike".

Pisition: Warden/FDOC

length of Testimony: 1 Hour, 30 mins

Address: Okaloosa C.I. 3189 Colonel Greg Malloy RD, Crest--view, Fla 32539

James Barton - Can testify as to why he so readily a--greed to the cameras not working at the time of the Incident due to a "lighting Strike"

Position: Warden/FDOC

Length of Testimony: 1 hour, 30 mins

Address: Okaloosa C.I. 3189 Colonel Greg Malloy RD, Crest--view, Fla 32539.

Millette/ John Doe – can testify to what was the reason why he sided with the administration about a "lighting Strike" Knocking the cameras out at the time this Incident occurred without checking the facts himself with a simple Inquiry with such serious matter as a 8th Amendment violation.

Position: Central office employee/FDOC.

length of testimony: 1 hour

Address: 501 Calhoun Street, tallahossee, Fla 32399

## Certificate of Service

I hereby Certify, that on Febuary 15th, 2024 I mailed via U.S. mail a hand written Copy of the foregoing to the united States District Court at: 1 north Pala Fox St, Pensacola Fla 32502; and to kelly Forren at the Attorney General's office at: PL 01, The capitol Tallahasse Fla 32399

Myron C. Franklin L 00647
Myron C. Franklin
Jackson C.I
5567 10th Street
Malone, Fla 32445