IN THE UNITED STATES DISTRICT, COURT NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

Myron C. Franklin /
Plaintiff

vs.

Caseno: 3:21cv 798/MCR/ZCB

PROVIDED TO
JACKSON C.I. ON
MAR 06 2024
FOR MAILING RM MCR

Jeffrey Nousiainen et al /
Defendants

## Motion To Supplement Plaintiff's Exhibit List

Comes now, I, the Plaintiff, Myron C. Franklin, pursuant to Federal Rules of Civil Procedures 15, Supplements Allowed; I now seek that this HONORABLE COURT grant this foregoing Allowing me to Add 2 more exhibits that were left out due to the seperation of me and my case file, where I had to use this HONORABLE COURT'S order (Document 104), to get staff members to bring to me portions of my case file out of my stored property, being that I'm still in confinement, But I'm due to get out March 8th, 2024, these 2 exhibits are vital for me to present my case before a Jury and this HONORABLE COURT. The exhibits are as followed:

Exhbt '07', this exhibit proves that the administration 'lied' when they stated that I had requested the video footage outside of the 30 day window period (SEE: Exhbt F), this exhibit proves that I requested the Fixed wing cameras that captured the entire incident Just 4 days after it happened and pointed out to them specifically which cameras to review, since it has already been established that on June 19th, 2018 that the Fixed wing cameras were working at the time of the Inc-

1

*NOTE: I will file my motion to register exhibits once I'm release from confinement. I got to get copies of my exhibits.

-ident, where warden C. Courtney/John Doe and warden Micheal Booker who approved this exhibit (Formal grievance) informing me that my allegations of staff abuse was forwarded to the Inspector General's office for proper handling. Never was there any mention about a "lighting strike" knocking the cameras out.

Exhbt '08' this exhibit proves that once the administration saw that I could possibly seek civil actions against the defendants did they create the "lighting strike" lie and stated I had requested the video footage outside the 30 day window period, a look at the "date" of this exhibit that the administration received it on "July 30th, 2018," a look at the Informal Grievance's "Date" on ExhBt F, that the "lighting strike" lie was created 4 days later, isn't that ironic, they went instantly into cover-up/discourage me mode, because in this exhibit I'm talking about the U.S. constitution and 8th Amendment violations. ~~I will file my motion to register my exhibits once I'm release from confinement.~~

WHEREFORE, I ask that this HONORABLE COURT GRANTS this motion to supplement and add these 2 exhibits to my current pending exhibit list that I filed on Febuary 15th, 2024, that, that exhibit list that is currently before this COURT still stand and only that this HONORABLE COURT Allow me to ADD to that exhibit list.

## Certificate of Service

I hereby certify, that the foregoing motion was sent via U.S. mail to the Clerk of Court at: U.S. District Court, Northern District of Florida, 1 North Palafox, Pensacola Florida 32502 and to Kelly Lorren, Attorney General's office at: PL 01, the Capital, Tall. Fla 32399 on March 6th, 2024

Myron C. Franklin
Myron C. Franklin
Jackson C.I
5563 10th St
Malone, Fla 32445

2

IN THE UNITED STATES DISTRICT COURT,
NorthERN DISTRICT OF FLORIDA
            PENSACOLA DIVISION

Myron C. Franklin /
Plaintiff

Vs.                                    Case no: 3:21cv798/McR/ZCB

Jeffrey Nowsialaen et al
       Defendants

"NOTICE OF INQUIRY"
TO THE CLERK OF COURT

ATTENTION CLERK: I filed with this Honorable court my Statement of Facts, My Exhibit list and my witness list All Dated and stamped FEBuary 15th, 2024, Because of the under handled activities going on By FDOC staff member I'm Inquiring was the above-mentioned Documents were received by this honorable court. I would like to thank you in advance.

                                        Myron C Franklin
                                        Myron C. Franklin
                                        #L00647
                                        Jackson C.I.
                                        5563 10th street
                                        Malone, Fla 32445

Myron C. Franklin-260899
Jackson Correctional Institution
5563 10th Street
Malone, FLA 32445

Mailed from a State Correctional Institution

PENSACOLA FL 325
7 MAR 2024 PM 2
ZIP 32445
$ 000.64
0000380860 MAR. 06. 2024

Clerk of Court
U.S. District court
1 North Palafox street
Pensacola FLA 32502

MAR 08 2024

32502-55 *Legal Mail*