UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MYRON FRANKLIN

v.                                                            Case No.: 3:21cv00798/MCR/ZCB

JEFFREY NOUSIAINEN, et al.

### REFERRAL AND ORDER

Referred to Magistrate Judge Bolitho on <u>March 8th, 2024</u>
Type of Motion/Pleading:   <u>Motion to Supplement Plaintiff's Exhibit List</u>
Filed by:  <u>Plaintiff</u>                     on <u>03/08/2024</u>    Doc.         <u>111</u>

JESSICA LYUBLANOVITS, CLERK OF COURT
/s/ *Sylvia D. Williams*
Deputy Clerk: Sylvia D. Williams

### ORDER

Upon consideration of the foregoing, it is **ORDERED** this 11th day of March 2024:

Plaintiff, while still *pro se*, filed a motion requesting to supplement his pretrial exhibit list to include two additional exhibits (Doc. 111). Plaintiff's motion (Doc. 111) is **GRANTED;** Plaintiff's exhibit list now includes both the contents of his initial list (Doc. 108) and supplemented list (Doc. 111).

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge