IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**MYRON FRANKLIN**
**DOC # L00647**,

    Plaintiff,

v.                                                     Case No. 3:21-cv-798-MCR/ZCB

**NOUSIAINEN, ET AL.**,

    Defendants.
_____/

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE DEFENDANTS' PRE-TRIAL FILINGS

**J. Chopp**, **J. Nousiainen**, **J. Gennaro**, and **I. Twiddy** ("Defendants"), through counsel, and pursuant to Rule 6(b), Fed. R. Civ. P., move this Court to extend the deadline for Defendants to file their Pre-Trial Filings pursuant to this Court's Order, (Doc. 100)[1], up to and including April 17, 2024, and in support states the following:

1. On January 18, 2024, this Court issued an Order requiring Defendants' Pre-Trial Filings to be submitted within 30 days from Plaintiff's submissions. (Doc. 100 at ¶ 2).

---

[1] Each document filed in this case as part of the Electronic Case File will be referenced as "Doc." followed by the document number.

1

2. Plaintiff submitted his filings on February 15, 2024, meaning that Defendants' Pre-Trial Filings are due by March 18, 2024, due to the actual due date March 16, 2024, being on a weekend.

3. On March 7, 2024, counsel for Plaintiff appeared on this case. (Doc. 110). Prior to Plaintiff's counsel appearing, undersigned counsel spoke with Plaintiff's counsel about the status of the case. Part of the conversation turned to Plaintiff's recently submitted Pre-Trial Filings, and Plaintiff's counsel indicated that if the case didn't settle, the Pre-Trial Filings would need to be amended. Undersigned counsel indicated that if that was the case, there would be no objection to the amendment.

4. Additionally, undersigned counsel indicated that if Plaintiff were to amend his Pre-Trial Filings, Defendants would want to take an extension on their Pre-Trial Filings as well, so that Plaintiff's Pre-Trial Filings could be considered when Defendants created there, as contemplated by the original Order. Plaintiff's counsel seemed to indicate that there was no objection to this Motion, however, it was not fully clear as to whether there was an objection to this Motion.

5. Based on the lack of clarity, on March 13, 2024, undersigned counsel sent Plaintiff's counsel a proposed copy of this Motion, and Plaintiffs counsel indicated that he **does not oppose** this Motion.

6. Based on these reasons, Defendants would request an extension of time for thirty (30) days to file their Pre-Trial Filings April 17, 2024.

## **MEMORANDUM OF LAW**

Pursuant to Federal Rules of Civil Procedure:

When an act may or must be done within a specified time, the court may, for good cause, extend the time:

(A) With or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires.

Fed. R. Civ. P. 6(b)(1). Based on the issues described above, Defendants believe good cause has been shown to provide Defendants with an extension of time to file their Pre-Trial Filings.

**WHEREFORE**, Defendants respectfully request that this Court enter an Order providing Defendants with until April 17, 2024, to file their Pre-Trial Filings in the event this case does not settle.

Respectfully submitted,

**ASHLEY MOODY**
**ATTORNEY GENERAL**
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-4872

/s/ Erik Kverne
Erik Kverne
Assistant Attorney General
Florida Bar No. 99829
Erik.Kverne@myfloridalegal.com

## CERTIFICATE OF CONFERRAL

Pursuant to 7.1(B) of this Court's Local Rules, undersigned counsel has conferred with Plaintiff's counsel of record over the phone and through e-mail. Based on the communications, Plaintiff **does not** oppose the relief sought in this Motion.

/s/ Erik Kverne
Erik Kverne
Assistant Attorney General
Florida Bar No. 99829
Erik.Kverne@myfloridalegal.com

4

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Unopposed Motion for Extension of Time to File Defendants' Pre-Trial Filings* was e-filed and served electronically on Plaintiff's counsel of record through CM/ECF on March 13, 2024.

<u>/s/ Erik Kverne</u>
Erik Kverne
Assistant Attorney General
Florida Bar No. 99829
Office of the Attorney General