UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MYRON FRANKLIN

v.                               Case No.: 3:21cv798/MCR/ZCB

JEFFREY NOUSIAINEN, et al.

## REFERRAL AND ORDER

Referred to Magistrate Judge Bolitho on <u>March 13, 2024</u>
Type of Motion/Pleading: <u>Motion for Extension of Time</u>
Filed by: <u>Defendants</u>          on <u>03/13/2024</u>   Doc.      <u>114</u>

JESSICA LYUBLANOVITS, CLERK OF COURT
<u>/s/ *Sylvia D. Williams*</u>
Deputy Clerk: Sylvia D. Williams

## ORDER

Upon consideration of the foregoing, it is **ORDERED** this 14th day of March 2024:

Defendants filed a motion for extension of time to submit pre-trial materials. (Doc. 114). For good cause shown, Defendants' motion (Doc. 114) is **GRANTED**, and Defendants' pretrial materials are due by **April 17, 2024**.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge