UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MYRON FRANKLIN,

    Plaintiff,

v.

JEFFREY NOUSIAINEN, *et al.*,

    Defendants.

Case No. 3:21-cv-00798-MCR-ZCB

## NOTICE OF SETTLEMENT

Pursuant to Local Rule 16.2, Plaintiff Myron Franklin hereby gives notice that he has settled his claims against all Defendants in this case.

The parties are in the process of drafting their settlement papers and anticipate filing a stipulation of dismissal of all claims with prejudice, with each party to each bear their own fees and costs, within the next 45 days.

Dated: March 19, 2024

                                                Respectfully submitted,

                                                */s/ James M. Slater*
                                                James M. Slater (FBN 111779)
                                                Slater Legal PLLC
                                                113 S. Monroe Street
                                                Tallahassee, Florida 32301
                                                james@slater.legal
                                                Tel. (305) 523-9023

                                                *Attorneys for Plaintiff*