UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MYRON FRANKLIN,

    Plaintiff,

v.

JEFFREY NOUSIAINEN, *et al.*,

    Defendants.

Case No. 3:21-cv-00798-MCR-ZCB

**Plaintiff's Unopposed Motion to Vacate Writ
of Habeas Corpus ad Testificandum [ECF No. 102]**

Plaintiff Myron Franklin has resolved this case against all remaining defendants and has filed a notice of settlement in this case. [ECF No. 117]. Accordingly, the Writ of Habeas Corpus Ad Testificandum issued by the Court as to Plaintiff to appear at the settlement conference scheduled for March 21, 2024 in Pensacola, Florida [ECF No. 102], is no longer necessary. Plaintiff's counsel has conferred with opposing counsel, who does not oppose the relief requested herein.

WHEREFORE, Plaintiff Myron Franklin respectfully requests that the Court enter an order vacating the Writ of Habeas Corpus ad Testificandum [ECF No. 102], and direct the Clerk to serve a courtesy copy of such order to the Wardens of: Jackson Correctional Institution, 5563 10th Street, Malone, Florida 32445-3144,

and Northwest Florida Reception Center, 4455 Sam Mitchell Drive, Chipley, Florida 32428-3597.[1]

Dated: March 19, 2024.

                                        Respectfully submitted,

*/s/ James M. Slater*
James M. Slater (FBN 111779)
Slater Legal PLLC
113 S. Monroe Street
Tallahassee, Florida 32301
james@slater.legal
Tel. (305) 523-9023

*Attorneys for Plaintiff*

---

[1] Plaintiff has already been transported from his normal facility to N.W.F.R.C. in anticipation of the upcoming settlement conference.