UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MYRON FRANKLIN,
    Plaintiff,

v.                                           Case No. 3:21cv00798/MCR/ZCB

JEFFREY NOUSIAINEN, et al.,
    Defendants.
_____/

## ORDER

Based on the Notice of Settlement (Doc. 117) indicating this case has settled, it is **ORDERED** that:

1. The Court's Order setting settlement conference (Doc. 101) and the accompanying Writ of Habeas Corpus ad Testificandum (Doc. 102) are hereby **VACATED**, and the Consent Motion to Vacate Writ of Habeas Corpus ad Testificandum (Doc. 118) is **GRANTED.** The settlement conference scheduled for March 21, 2024 is **CANCELED.**

2. The Clerk of Court is directed to send a copy of this Order to the Wardens of Jackson Correctional Institution, 5563 10th Street, Malone, Florida 32445-3144, and Northwest Florida Reception Center, 4455 Sam Mitchell Drive, Chipley, Florida 32428-3597.

3. The parties shall file a status report **45 days** from the date of this Order (and every 45 days thereafter) if a stipulation of dismissal is not filed by then.

**DONE AND ORDERED** this 19th day of March 2024.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge