## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**MYRON FRANKLIN**
**DOC # L00647**,

      Plaintiff,

v.                                   Case No. 3:21-cv-798-MCR/ZCB

**NOUSIAINEN, ET AL.**,

      Defendants.

_____/

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

**J. Chopp**, **J. Nousiainen**, **J. Gennaro**, and **I. Twiddy** ("Defendants"), through counsel, and **Myron Franklin** ("Plaintiff"), through counsel, hereby stipulate to the entry of an Order dismissing this action, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A). The issues between the above-mentioned parties have been resolved through settlement. Each party will bear their own attorney's fees and costs.

1

Respectfully submitted,

**ASHLEY MOODY**
**ATTORNEY GENERAL**
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-4872

/s James M. Slater                              /s Erik Kverne
James M. Slater                                 Erik Kverne
Fla. Bar No. 111779                             Assistant Attorney General
Slater Legal PLLC                               Florida Bar No. 99829
113 S. Monroe Street                            Erik.Kverne@myfloridalegal.com
Tallahassee, Florida 32301                      Attorney for Defendants
Tel. (305) 523-9023
Attorney for Plaintiff


DATED: April 23, 2024                           DATED: April 23, 2024

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Joint Stipulation of Voluntary Dismissal With Prejudice* was e-filed and served on Plaintiff on April 23, 2024.

/s Erik Kverne
Erik Kverne
Assistant Attorney General
Florida Bar No. 99829
Erik.Kverne@myfloridalegal.com