UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MYRON FRANKLIN,
    Plaintiff,

v.                                      Case No. 3:21cv798/MCR/ZCB

JEFFREY NOUSIAINEN, et al.,
    Defendants.
_____/

## ORDER

Currently before the Court is a "Joint Stipulation of Voluntary Dismissal with Prejudice" (Doc. 120). Plaintiff and Defendants have stipulated to dismissal of this case with prejudice, with each party to bear its own attorney fees and costs. (*Id.*). Federal Rule of Civil Procedure 41(a)(1)(A)(ii) allows dismissal of an action by filing a "stipulation of dismissal signed by all parties who have appeared." Counsel for both Plaintiff and Defendants have signed the stipulation of dismissal in this case. Accordingly, this action is voluntarily **DISMISSED with prejudice,** with each party bearing its own attorney fees and costs. The Clerk of Court is directed to close this case.

**DONE AND ORDERED** this 24th day of April 2024.

/s/ *Zachary C. Bolitho*

Zachary C. Bolitho
United States Magistrate Judge